

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Glen D. Aaron, II,

Vs. No. 11-19-00279-CV

Stephen Fisher et al.,

\* From the 118th District Court
of Glasscock County,
Trial Court No. 1865.

\* October 10, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Glen D. Aaron, II.